**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

April 29, 2008

CASE NUMBER: **CV 07-05198 MJJ**
CASE TITLE: **JONATHAN LEE RICHES-v- JUSTIN TIMERLAKE**
DATE MANDATE FILED: 4/25/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Distribution: CIVIL    -    Counsel of Record

              CRIMINAL  -  Counsel of Record
                                  U.S. Marshal (Copy of Mandate)
                                  U.S. Probation Office

NDC App-16